# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Peter Anthony Ford<br>aka Peter A. Ford<br>aka Peter Ford | CASE NO.: 25-02640 MJC |
| **Debtor** | |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 | |
| **Movant** | |
| vs. | |
| Peter Anthony Ford<br>aka Peter A. Ford<br>aka Peter Ford<br>Jack N. Zaharopoulos | |
| **Respondents** | |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Peter Anthony Ford, by and through his attorneys, and answers the Motion for Relief from Automatic Stay by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
6. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
7. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
8. Denied. Legal conclusion to which no response is required.
9. Admitted.

10. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

11. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

12. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2, for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: February 2, 2026